# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In Re: Melissa Ruvalcaba** | ) | **18 B 32392** |
| | ) | |
| Debtor(s) | ) | **Judge Timothy A. Barnes** |

*Notice Of Motion/ Certificate Of Service*

Melissa Ruvalcaba
11341 S. Green Bay
Chicago, IL 60617
*Via U.S. Mail*

Dale A. Riley
Geraci Law L.L.C.
*Via ECF noticing procedures*

On **March 26, 2020 at 9:00 AM,** I will appear in:

> Courtroom 744
> 219 S Dearborn St
> Chicago, IL  60604

and present this Motion, a copy of which is hereby served upon you.

I certify under penalty of perjury that I mailed a copy of this notice to the above listed persons by first class US mail, postage prepaid, or as otherwise listed on February 28, 2020.

/s/ O. Anthony Olivadoti
for Marilyn O Marshall, Trustee

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re: Melissa Ruvalcaba** | ) | **18 B 32392** |
| | ) | |
| Debtor(s) | ) | **Judge Timothy A. Barnes** |

*Motion to Modify Plan*

NOW COMES Marilyn O. Marshall, Standing Trustee, and requests that the Debtor's confirmed Chapter 13 Plan be modified pursuant to 11 USC Section 1329, and in support thereof states as follows:

1. The Debtor filed for relief pursuant to Chapter 13 on November 19, 2018.

2. On January 10, 2019, the Debtor's Plan was confirmed. The Order confirming the Debtor's Chapter 13 Plan requires that the Debtor make plan payments in the amount of $350.00 for 36 months, providing that the unsecured creditors receive not less than 10% of their allowed claims.

3. The Debtor's confirmed plan requires the Debtor to tender copies of Debtor's tax returns to the Trustee on an annual basis.

4. According to the Debtor's 2019 tax returns, Debtor's annual gross income has increased from $48,357.12, at the time the case was filed to $53,744.00. This equates to an increase in Debtor's monthly net income from the $2,865.26 listed on Debtor's Schedule I to approximately $3,179.49.

5. Presumably, the Debtor therefore has an additional $314.23 in disposable income that should be committed to the Debtor's plan payments.

6. The Debtor has to date not asked this court to increase Debtor's plan payments for the benefit of creditors while Debtor's income has increased in the past year.

7. The Debtor's post-petition wages are property of the bankruptcy estate pursuant to 11 U.S.C. §1306.

8. The Trustee has not received the final payments on this case and at filing there remains a balance due of approximately $8,113.47.

WHEREFORE, the Trustee prays that the debtors' plan be amended to increase the Debtor's plan payments from $350.00 to $650.00 per month, general unsecured creditors shall receive a minimum of 25% of their claims, and for any further relief this court deems appropriate.

Respectfully submitted,

/s/ O. Anthony Olivadoti
for Marilyn O Marshall, Trustee

Office of the Chapter 13 Trustee, Marilyn O. Marshall
224 South Michigan Ave., Suite 800
Chicago, Illinois 60604
(312) 431-1300