# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 18-32392 |
| --- | --- | --- | --- |
| Melissa Ruvalcaba | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

## NOTICE OF MOTION

**To:** Melissa Ruvalcaba, 11341 S. Green Bay, Chicago, IL, 60617

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

Navient CFC c/o Navient Solutions LLC, PO Box 9640, Wilkes-Barre, PA 18773-9640

Navient Solutions LLC on behalf of Department of Education Loan Services, PO PO Box 9635, Wilkes-Barre, PA 18773-9635

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **June 4, 2020 at 1:30 p.m.** I shall appear before the Honorable Judge **Timothy A. Barnes** at 219 S. Dearborn, Courtroom 744, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto. A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

**By:** /s/ Dale Riley
Dale Riley

## CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 5/11/2020.

**By:** /s/Dale Riley
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Advocate Health Care
Bankruptcy Dept
PO Box 4253
Carol Stream IL 60197

American Anesthesiology
PO Box 88087
Chicago IL 60680

Capital ONE AUTO Finan
Attn: Bankruptcy Dept.
3901 Dallas Pkwy
Plano TX 75093

Capitalone
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

City of Chicago - Dept of Revenue
Bankruptcy Department
121 N. LaSalle St
Room 107
Chicago IL 60602

Community Health Network
Attn: Customer Service
6415 Castleway West Dr
Indianapolis IN 46250

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

DEPT OF ED/Navient
Attn: Bankruptcy Dept.
Po Box 9635
Wilkes Barre PA 18773

Ehrlich Fund, LLC
8613 W. 120th Street
Palos Park IL 60464

EPMG of Indiana, PC
PO Box  96208
Oklahoma City OK 73143

Nationwide Recovery SV
Attn: Bankruptcy Dept.
Po Box 8005
Cleveland TN 37320

Navient Solutions INC
Attn: Bankruptcy Dept.
11100 Usa Pkwy
Fishers IN 46037

Rise Credit of IL, LLC
Bankruptcy Department
C/o National Credit Adjusters
PO Box 3023,  327 W. 4th Street
Hutchinson KS 67504

Stanko Ivancic
9129 Boardwalk Terrace
Orland Hills IL 60487

US Bank NA
Bankruptcy/Recovery Dept.
PO Box 5229
Cincinnati OH 45201

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 18-32392 |
| --- | --- | --- | --- |
| Melissa Ruvalcaba | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Ms. Melissa Ruvalcaba (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 11/19/2018.

3. The Debtor's plan was confirmed by the Court on 01/10/2019 with a 10% dividend to unsecured claims.

4. The plan is currently making disbursements to Navient CFC and Navient Solutions LLC for student loans.

5. The Debtor prefers to deal with her student loans directly outside of the plan as long-term debts.

6. With student loans removed from the plan, the plan is feasible to pay unsecured creditors a 100% dividend.

7. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to remove student loans from the plan and to increase the dividend to unsecured claims to 100%.

WHEREFORE THE DEBTOR, Ms. Melissa Ruvalcaba, respectfully requests this Honorable Court enter an order:

1. Stopping disbursements for student loans.

2. Increasing the dividend to unsecured claims to 100%.

3. Any other relief the court deems proper.

**By:**    */s/ Dale Riley*
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960